UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA       :

    -v                         :     **NOLLE PROSEQUI**

LORNEZO ULLLOLA-ROSARIO,       :     **S10 13 CR 70 (RA)**

            Defendant.         :

- - - - - - - - - - - - - - - x

1.    The filing of this *nolle prosequi* will dispose of this case with respect to the defendant, Lorenzo Ullola-Rosario.

2.    On June 22, 2015, Indictment No. S10 13 Cr. 70 was filed, charging defendant, Lorenzo Ullola-Rosario, with conspiracy to distribute, and possess with intent to distribute, controlled substances, in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(C).

3.    Subsequently, the defendant, Lorenzo Ullola-Rosario, entered and successfully completed the Young Adult Opportunity Program, a pretrial diversion program administered by the Court. Based on his success in that program, the Government has concluded that further prosecution of Lorenzo Ullola-Rosario would not be in the interests of justice.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/8/19

4. In light of the foregoing, I recommend that an order of *nolle prosequi* be filed as to defendant, Lorenzo Ullola-Rosario, with respect to the Indictment.

                                    _____
                                    ANDREW J. DeFILIPPIS
                                    Assistant United States Attorney
                                    (212) 637-2231

Dated:    New York, New York
          ~~October~~ 8, 201~~8~~9
          January

Upon the foregoing recommendation, I hereby direct, with leave of the Court, that an order of *nolle prosequi* be filed as to defendant, Lorenzo Ullola-Rosario, with respect to Indictment No. S10 17 Cr. 30.

                                    _____
                                    GEOFFREY S. BERMAN
                                    United States Attorney
                                    Southern District of New York

Dated:    New York, New York
          ~~October ___,~~ 2018
          November 2, 2018

SO ORDERED:                         _____
                                    HONORABLE RONNIE ABRAMS
                                    United States District Judge
                                    Southern District of New York

Dated:    New York, New York
          ~~October~~ 7, 201~~8~~9
          January